# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUDOVICO and ALBERTO COGNATA, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | No. 17-2214 |
| v. | : | |
| | : | |
| MUNICIPALITY OF NORRISTOWN and | : | |
| NORRISTOWN MUNICIPAL COUNCIL, | : | |
| | : | |
| Defendants. | : | |

MCHUGH, J.                                              OCTOBER 4, 2017

## ORDER

This 4th day of October, 2017, upon consideration of the Defendants' Motion to Dismiss and Plaintiffs' response thereto, it is hereby **ORDERED** that Defendants' Motion is granted and Count I of Plaintiffs' Complaint is dismissed without prejudice. The Court declines jurisdiction over Plaintiffs' state law claims. Pursuant to 28 U.S. Code §1367(d), the statute of limitations will be tolled for 30 days following dismissal.

                                                               /s/ Gerald Austin McHugh
                                                               United States District Judge